IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| DEBORAH SANDERL, an individual; NATALIE STRONG, an individual; STEPHANIE CAMPBELL, an individual; TRACEY CONNELL, an individual; LISA CARCHIDI, an individual; WENCESLINA CARNAHAN, an individual; WILLIAM CECRLE, an individual; JENESSA HUDSON-SCHILLING, an individual; ANNA JOHNSON, an individual; JONATHAN RIEKKOLA, an individual; ELIZABETH SCHULZ, an individual; HEIDI SHARP, an individual; JOHANNAH STEPHENS, an individual; MISKA STORY, an individual; KELLY TELFER, an individual; WILLIAM VANDERMEER, an individual; REBECCA WARD, an individual; ALISON HOCKER, an individual; SAREN LOVE, an individual, | Case No. 6:23 cv 01745-MK<br>**ORDER** |
| Plaintiffs, | |
| v. | |
| ST. CHARLES HEALTH SYSTEM, INC., a corporation, | |
| Defendant. | |

Magistrate Judge Mustafa T. Kasubhai filed Findings and Recommendation ("F&R") (doc. 25) on May 10, 2024. The matter is now before me. *See* 28 U.S.C. §

636(b); Fed. R. Civ. P. 72. No objections have been timely filed. Although this relieves me of my obligation to perform a *de novo* review, I retain the obligation to "make an informed, final determination." *Britt v. Simi Valley Unified Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983), *overruled on other grounds*, *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121–22 (9th Cir. 2003) (en banc). The Magistrates Act does not specify a standard of review in cases where no objections are filed. *Ray v. Astrue*, 2012 WL 1598239, *1 (D. Or. May 7, 2012). Following the recommendation of the Rules Advisory Committee, I review the F&R for "clear error on the face of the record[.]" Fed. R. Civ. P. 72 advisory committee's note (1983) (citing *Campbell v. United States District Court*, 501 F.2d 196, 206 (9th Cir. 1974)); *see also United States v. Vonn*, 535 U.S. 55, 64 n.6 (2002) (stating that, "[i]n the absence of a clear legislative mandate, the Advisory Committee Notes provide a reliable source of insight into the meaning of" a federal rule). Having reviewed the file of this case, I find no clear error.

THEREFORE, IT IS HEREBY ORDERED that I ADOPT Judge Mustafa T. Kasubhai's F&R (doc. 25).

Dated this 29th day of May, 2024.

**/s/ Ann Aiken**
Ann Aiken
United States District Judge